UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ANDREW JAY RUDNICK,

    Debtor.

_____/

Case No.: 14-37761-EPK
Chapter 7

DENT-A-MED, INC.

    Plaintiff,
vs.

ANDREW JAY RUDNICK,

    Defendant.

_____/

Adv. Case No.:

## CREDITOR DENT-A-MED, INC.'S COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR

Creditor, DENT-A-MED, INC., through counsel, objects to the discharge of Debtor, ANDREW JAY RUDNICK ("Debtor") and states:

1.    DENT-A-MED, INC. is a creditor in this action and is owed $134,813.42.[1]

2.    The Debtor filed the present case on December 22, 2014.

3.    This adversarial proceeding is one arising in the Debtor's Case No. 14-37761-EPK, now pending in this Court. This Court has jurisdiction of this adversarial proceeding under

---

[1] As described more fully below, in July of 2014, Plaintiff DENT-A-MED, INC. filed suit to collect the debt in Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County Florida, Case No. 50-2014-CA-008697. A Judgment has not been entered in 50-2014-CA-008697. DENT-A-MED, INC. very recently learned of this Bankruptcy filing, and has not yet filed Proof of Claim in this action. DENT-A-MED, INC.'s claim is listed under the name of "HC PROCESSING CENTER" in the Debtor's schedule of creditors holding unsecured nonpriority claims. See Doc. 1, page 10.

28 U.S.C. §523.  This is a core proceeding under 28 U.S.C. §157(b)(2)(J).

4. DENT-A-MED, INC. is a private credit card issuer.  Credit cards issued to individuals by DENT-A-MED, INC. are generally used to pay for medical procedures at doctors' offices.  DENT-A-MED, INC. objects to the discharge of Debtor, ANDREW JAY RUDNICK under 11 U.S.C. §523(a)(2) and 11 U.S.C. §523(a)(4) on the grounds that DENT-A-MED, INC. incurred damages in the amount of $134,813.42 after Debtor, ANDREW JAY RUDNICK forged the signature of Jeffrey Lagrasso on a Medical Financing Non-Recourse Merchant Agreement (the "Agreement") and a Medical Financing Merchant Agreement Information Form and falsified charge slips.  Copies of the Medical Financing Non-Recourse Merchant Agreement, and Medical Financing Merchant Agreement Information Form are attached as Composite Exhibit "A."

5. After forging Jeffrey Lagrasso's name, the Debtor's business, Cosmetic Surgery Management, LLC d/b/a Sleek Surgical & Medspa, performed medical services, and was compensated by DENT-A-MED, INC. by way of credit cards issued by DENT-A-MED, INC.  Over a period of approximately two (2) years, the Debtor's business obtained payment from DENT-A-MED, INC. in the amount of $134,813.42 based upon (a) charge slips for services that were never rendered, and (b) charge slips that were edited to reflect more services than were actually provided.

6. Unaware of the fraud, DENT-A-MED, INC. initially sued the individual that signed the Agreement, Jeffrey Lagrasso, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Case No. 50-2014-CA-008697.  A copy of the Complaint is attached as Exhibit "B."  Subsequently, Jeffrey Lagrasso filed a Third-Party Complaint against Debtor ANDREW JAY RUDNICK describing the Debtor's forgery of his signature and seeking relief in

the form of common law indemnity, and seeking damages based upon the forged signature under the theory of constructive fraud. A copy of the Third-Party Complaint against the Debtor is attached as Exhibit "C."

7. The damages incurred by DENT-A-MED, INC. were the result of a statement in writing that was materially false on which the Plaintiff reasonably relied, and that the Debtor published with intent to deceive. Additionally, the damages incurred by DENT-A-MED, INC. were the result of falsified charge slips.

8. The discharge of the Debtor, ANDREW JAY RUDNICK, as to the above described debt should be denied under 11 U.S.C. §523(a)(2) and 11 U.S.C. §523(a)(4).

WHEREFORE, the Plaintiff respectfully requests that this court enter an Order denying the Debtor's discharge as to the above described debt and granting such further and other relief that the Court deems just and proper.

Dated this 27th day of March, 2015.

        **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
        Post Office Box 1391
        Orlando, FL 32802-1391
        Telephone: (407) 423-4246
        Facsimile: (407) 423-7014
        Attorneys for Plaintiff
        /s/ Michael C. Caborn
        Michael C. Caborn
        Florida Bar No. 162477
        mcaborn@whww.com

**Certificate of Service**

  I HEREBY CERTIFY that a copy of the foregoing was sent via E-File or U.S. Mail on this 27th day of March, 2015 to the following:

Andrew Jay Rudnick
4942 NW 23rd Ct.
Boca Raton, FL 33431

Mark D. Cohen, Esquire
4000 Hollywood Blvd. #435S
Hollywood, FL 33021

Kenneth B. Robinson, Esquire
101 NE 3rd Avenue, #1800
Ft. Lauderdale, FL 33301

Catherine Rudnick
4942 NW 23rd Ct.
Boca Raton, FL 33431

Deborah Menotte
P.O. Box 211087
West Palm Beach, FL 33421

Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

  /s/Michael C. Caborn
  Michael C. Caborn

4