UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CHAPTER 7
CASE NO. 14-37761-EPK

IN RE:

ANDREW JAY RUDNICK and
CATHERINE RUDNICK,

       Debtors.
_____/

DENT-A-MED, INC.,

       Plaintiff,

vs.                            ADV. CASE NO. 15-01238-EPK

ANDREW JAY RUDNICK,

       Defendant.
_____/

## ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT

Debtor / Defendant, ANDREW JAY RUDNICK, by and through his undersigned counsel, hereby files his Answer to Plaintiff's Adversary Complaint and states as follows:

1. Defendant denies paragraph 1, 5, 6, 7 and 8 of Plaintiff's Adversary Complaint and demands strict proof thereof.

2. Defendant admits paragraphs 2 and 3 of Plaintiff's Adversary Complaint.

3. Defendant is without knowledge as to paragraph 4 of Plaintiff's Adversary Complaint and therefore denies same and demands strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail this **4th day** of **May, 2015** upon Michael C. Caborn, Esq., Winderweedle, Haines, Ward & Woodman, P.A., P.O. Box 1391, Orlando, FL 32802-1391; Deborah Menotte, U.S. Trustee, P.O. Box 211087, West Palm Beach, FL 33421; Kenneth B. Robinson, Esq., Counsel for Trustee Deborah Menotte, 101 NE 3rd Avenue, #1800, Fort Lauderdale, FL 33301 and the U.S. Trustee's Office, 51 S.W. 1st Avenue, Room 1204,

Miami, FL 33130.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in Compliance with the additional qualifications to practice in this court set forth in Local Rule 910 (D) (1) and (2).

> MARK D. COHEN, P.A.
> Attorney for Debtors
> Presidential Circle, Ste. #435 So.
> 4000 Hollywood Blvd.
> Hollywood, FL 33021
> Telephone: (954) 962-1166
> Fla. Bar No. 347345
> eservice address: mdcohenpa@yahoo.com
>
> _____
> MARK D. COHEN, ESQ.